400 A.2d 636

Commonwealth v. Hollibaugh, Appellant.

Submitted March 20, 1978. Charles B. Swigart, for appellant; Stewart L. Kurtz, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 637

Commonwealth v. Hracho, Appellant.

Submitted September 15, 1978. Jean Royer Kohr, for appellant; Joseph C. Madenspacher, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.